Form oscmsdoc – oscmissdocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 18−25361−SLM
                              Chapter: 13
                              Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sidalise Michel
   123 East 10th Avenue
   Roselle, NJ 07203

Social Security No.:
   xxx−xx−6189

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
## DISMISSED FOR FAILURE TO FILE DOCUMENTS

☑    The Court having noted that the debtor filed a petition on August 1, 2018, and did not file the following documents:

    Chapter 13 Disclosure of Attorney Compensation (REVISED 8/1/17 FORM)

☐    The court having noted that the debtor's case was converted to chapter 13 on , and that the Court's local form, Chapter 13 Plan and Motions has not been filed,

    It is hereby

    ORDERED that the above document(s) must be received by the Clerk on or before 9/11/18 or the case will be dismissed.

    If you object to dismissal you may file an Application to Extend Time to File Missing Documents or a written request for a hearing with the Clerk of the Bankruptcy Court at the address above. The Application or request must be received by the Clerk no later than 9/11/18.

    If an Application to Extend Time to File Missing Documents is filed, the Court will either grant or deny your request and enter an order.

    If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Stacey L. Meisel on

Date: September 26, 20118
Time: 10:30 AM
Location: Courtroom 3A
Address:   Martin Luther King, Jr . Federal Building
             50 Walnut Street
             3rd Floor
             Newark, NJ 07102

**IMPORTANT: THE MOST RECENT VERSION OF EACH DOCUMENT MUST BE FILED.**

Dated: August 28, 2018
JAN: wdh

                                    <u>Stacey L. Meisel</u>
                                    United States Bankruptcy Judge