Law Offices of Harvey I. Marcus (21758)
250 Pehle Avenue, Suite 200
Saddle Brook, NJ 07663
Tel. 800-792-5500
Fax. 888-565-0403
him@lawmarcus.com
Attorney for Debtor(s)

                UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF NEW JERSEY

_____

In Re:

                                        Case No. 18-25361

Sidalise Michel,                      Judge: Stacey L Meisel

                Debtor(s).        Chapter 13


_____

                                        Request for Hearing and
                                        Certification in Opposition to
                                        Order to Show Cause Why Case
                                        Should Not Be Dismissed For
                                        Failure to File Documents

                                        Hearing: 9/26/2018 10:30 am


Harvey I. Marcus does hereby state:

     1. I am the Debtor(s)' attorney and as such am familiar with the matters and things herein set forth.
     2. The Attorney Compensation form filed with the case was inadvertently a form for use with cases filed prior to 8/1/2018. This form was a macro in use with the bankruptcy software for cases filed prior to 8/1/2018.
     3. Unfortunately the Revised Local Rule 2016-5 ignores the reality that cases filed on 8/1/2018 are generally the result of prior preparation for filing. As a consequence the software for such cases must be manually overwritten to satisfy the new rule.
     4. The new Rule will not function smoothly until the new filings flow from cases taken after 8/1/2018.

   5. On 8/28/2018 I filed an amended Disclosure of Chapter 13 Debtor's Attorney Compensation for use in cases filed on 8/1/2018 or after.

   I hereby Certify that the foregoing statements made by me are true; I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/Harvey I. Marcus
Harvey I. Marcus
August 28, 2018