UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Harvey I Marcus (20758)
250 Pehle Avenue, Suite 200
Saddle Brook, NJ 07663
Tel. 800-792-5500 Fax 888-565-0403
him@lawmarcus.com
Attorney for Debtor(s)

In Re:

Sidalise Michel.
Debtor.

**Order Filed on December 7, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

Case No.: 18-25361 (SLM)

Chapter: 13

Judge: Stacey L. Meisel

# ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 7, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____9/04/2018_____ :

Property: _____123 East 10th Ave, Roselle, NJ 07203_____

Creditor: _____Specialized Loan Servicing_____

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____2/28/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Sidalise Michel  
      Debtor

Case No. 18-25361-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 07, 2018  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2018.  
db           +Sidalise Michel,   123 East 10th Avenue,    Roselle, NJ 07203-2009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                               TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2018 at the address(es) listed below:

         Denise E. Carlon     on behalf of Creditor     Morgan Stanley Mortgage Loan Trust 2007-3XS et al ... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Harvey I. Marcus     on behalf of Debtor Sidalise   Michel him@lawmarcus.com  
         Kevin Gordon McDonald     on behalf of Creditor     Morgan Stanley Mortgage Loan Trust 2007-3XS et al ... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg     magecf@magtrustee.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                            TOTAL: 5